UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY STEWARD,<br><br>Defendant. | NO. CR07-167-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 19, 2012. The United States was represented by Assistant United States Attorney Andrew Friedman, and the defendant by Jay Stansell.

The defendant had been charged with Conspiracy to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846. On or about November 16, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 75 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, submit to search, shall not possess any identification in any name other than his own, no gang association, Moral Reconation Therapy, and participate up to 180 days at the Residential Reentry Center.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated March 22, 2012, U.S. Probation Officer Jennifer Van Flandern asserted the following violation by defendant of the conditions of his supervised release:

(1) Failing to participate in the Residential Reentry Center (RRC) on March 14, 2012, in violation of the special condition requiring him to reside and participate in an RRC for up to 180 days as directed.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on December 4, 2012 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 19th day of November, 2012.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:       Honorable Robert S. Lasnik
    AUSA:                 Andrew Friedman
    Defendant's attorney: Jay Stansell
    Probation officer:    Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2